An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

AKENATEN BLUEHORSE,
Petitioner,
vs.
RENO JUSTICE COURT; AND THE
HONORABLE PATRICIA A LYNCH,
Respondents.

No. 67090

FILED

JAN 15 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DENYING PETITION

This is an original petition for a writ of mandamus seeking an order vacating the decision of the justice court to deny petitioner's motions as fugitive documents because he was represented by counsel. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160; NRS 34.170. Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

15-01620

cc: Hon. Patricia A. Lynch, Judge
Akenaten Bluehorse
Attorney General/Carson City
Reno Justice Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A